M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Lauren D. Calvert, Esq.
Nevada Bar No. 10534
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: cmeyer@messner.com
           rfinch@messner.com
           lcalvert@messner.com
*Attorneys for Defendants/Counter-Claimants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYCHA HARRIS, as Parent and Legal Guardian of J.P., a minor,<br><br>Plaintiffs,<br>vs.<br><br>GLENN ALLEN TATRO, individually; GLEN-RO LLC, a foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>GLENN ALLEN TATRO, individually; GLEN-RO LLC, a foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants/Counter-Claimants,<br>vs.<br><br>KAYCHA HARRIS, as Parent and Legal Guardian of J.P., a minor,<br><br>Plaintiffs/Counter-Defendants. | Case No.  2:19-cv-00730-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S NEGLIGENT ENTRUSTMENT CLAIM AGAINST GLEN-RO, LLC.** |

IT IS HEREBY STIPULATED TO by, Plaintiff KAYCHA HARRIS, as Parent and Legal Guardian of J.P., a minor by and through his counsel of record, the Richard Harris Law Firm, Defendants GLENN ALLEN TATRO and GLEN-RO LLC, by and through their attorneys of record,

the law firm of Messner Reeves LLP, that Plaintiff's cause of action for Negligent Entrustment against Defendant GLEN-RO, LLC, be dismissed with prejudice; and,

  IT IS FURTHER STIPULATED AND AGREED that, as there are no remaining causes of action against Defendant GLEN-RO, LLC, and it should be dismissed from the litigation.

Dated this __8__ day of June, 2020.     Dated this __8__ day of June, 2020.

**RICHARD HARRIS LAW FIRM**    **MESSNER REEVES LLP**

By: */s/ Johnathan M. Leavitt*    By:   */s/ Lauren D. Calvert*
  Richard Harris, Esq.         Lauren D. Calvert, Esq.
  Johnathan M. Leavitt, Esq.      Nevada Bar No. 10534
  801 South 4th Street         8945 W. Russell Road, Suite 300
  Las Vegas, NV 89101        Las Vegas, Nevada 89148
  *Attorneys for Plaintiffs*        *Attorney for Defendants*

### **ORDER**

IT IS SO ORDERED.
Dated this _9_ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court